**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                Petitioners,                20 **CIVIL** 1928 (AKH)

    -against-                              **JUDGMENT**

VANTAGETOP, LLC,

                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 13, 2020, the motion for summary judgment is granted; 1) confirming the arbitration award of $587,303.63, plus interest accruing as a rate of 7.5% from November 12, 2029 until the date of judgment in the amount of $22,084.23; 2) awarding attorneys' fees in the amount of $747; 3) awarding costs in the amount of $70; and 4) awarding post-judgment interest at the statutory rate; Judgment is entered in favor of Petitioners in the total amount of $610,204.86 accordingly, the case is closed.

**Dated:**  New York, New York
          May 13, 2020

                                            **RUBY J. KRAJICK**
                                          _____
                                            Clerk of Court
                            **BY:**
                                              Deputy Clerk